PD-1568-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/3/2015 4:05:42 PM
Accepted 12/4/2015 12:49:04 PM
ABEL ACOSTA
CLERK

NO. _____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

---

# ADOLPH JUNIOR MENJIVAR
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

---

FROM THE TENTH COURT OF APPEALS
CAUSE NO. 05-14-01025-CR

ON APPEAL FROM THE 291ST JUDICIAL DISTRICT COURT OF
DALLAS COUNTY, TEXAS
TRIAL COURT NO. F1357185-U
THE HONORABLE JENNIFER BALIDO PRESIDING

---

## APPELLANT'S MOTION FOR EXTENSION
## OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

FILED IN
COURT OF CRIMINAL APPEALS

December 4, 2015

ABEL ACOSTA, CLERK

Attorney for Appellant

1

COMES NOW, ADOLPH JUNIOR MENJIVAR, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Fifth Court of Appeals in cause number 05-14-01028-CR, affirming the conviction, was rendered on November 4, 2015.

II.

The numbers and style of the case in the District Court is No. F1357185U, *State of Texas v. Adolph Junior Menjivar.*

III.

Appellant was convicted of murder.

IV.

The present deadline for filing the petition for discretionary review in this matter is December 4, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

1. Application for Certificate of Appealability in *John Horn v. William Stephens,* case no. 15-50948 in the United States Court of Appeals for the Fifth Circuit.

2. Appellant's Reply Brief in *Vincent Dewaynt Johnson v. The State of Texas*, case nos. 05-15-00403-CR, 05-15-00404-CR, 05-15-00405-CR in the Fifth Court of Appeals of Texas.

3. Application for Writ of Habeas Corpus in *Ex Parte Enrique Martinez*, trial court no. F1153368W in the 363rd Judicial District Court of Dallas County, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his petition for discretionary review until January 3, 2015.

RESPECTFULLY SUBMITTED,

  /s/ Bruce Anton
BRUCE ANTON
Texas State Bar No. 01274700
SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was electronically served to the Dallas County District Attorney's Office and to the State Prosecuting Attorney on this 3rd day of December, 2015.

/s/ Bruce Anton
BRUCE ANTON